UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jennifer Larson, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

Computer Cheque Corp.,

Defendant.

No. 00-CV-2379 DSD/JMM

**STIPULATION FOR PROTECTIVE ORDER AND TEMPORARY STAY** and order

**Stipulation**

The undersigned attorneys, representing all the Parties in this action, jointly move this Court by this stipulation for a protective order and a temporary stay in the accompanying form.

May 16th, 2001.

CONSUMER JUSTICE CENTER, P.A.

Thomas J. Lyons, Jr., No. 249646
342 East County Road D
Little Canada, MN 55117
Ph. 651.770.9707

Attorney for Plaintiff
Jennifer Larson



FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

May 18, 2001.

FAEGRE & BENSON LLP

Brian Melendez, No. 223633
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Ph. 612.336.3447
Fax 612.336.3026

Attorneys for Defendant
Computer Cheque Corp.

**Order**

Based on the foregoing stipulation, it is hereby

*Ordered*, That:

1. For the purpose of negotiating a compromise and settlement in this action, the Defendant may furnish to the Plaintiff certain confidential information, including but not necessarily limited to information about the alleged class's numerosity, and about the Defendant's net worth. All information so furnished is confidential and subject to this protective order.

2. A Party may designate any information as confidential by marking the book, document, or thing in which the information appears as "Confidential—Subject to Protective Order." The Court may strike any such designation on motion for good cause shown.

3. If a Party requests and receives from another Party information that the responding Party designates as confidential, then the requesting Party's attorney shall hold the information in confidence, may not use the information except for this action's purposes, and shall return the information when the action is dismissed or otherwise resolved. The requesting Party's attorney may disclose the confidential information only to an accountant or other professional who is retained or specially employed for this case, for the purpose of seeking that professional's advice in connection with this action, and only after the attorney delivers to the designating Party's attorney a notarized statement that the professional has signed stating that "I have read and understand the protective order in this action, *Larson v. Computer Cheque Corp.*, No. 00-CV-2379

(DSD/JMM) (D. Minn.), and I agree that I am bound by its terms and subject to the Court's jurisdiction for their enforcement." No Party may otherwise disclose any information that another Party designates as confidential to any person without the designating Party's prior written consent.

4. For the purpose of negotiating a compromise and settlement in this action, the time within which the Defendant must serve an answer or otherwise defend is enlarged until **July 3, 2001**. If the Parties have not compromised and settled this action within that time, then the Defendant shall serve an answer or otherwise defend **no later than July 3, 2001**.

Dated: May 22, 2001

JOHN M. MASON
U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.