**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-2379 DSD/JMM**

| | |
|---|---|
| Jennifer Larson,<br><br>Plaintiff,<br>vs.<br><br>Computer Cheque Corp.<br><br>Defendant. | **STIPULATION FOR DISMISSAL** |

The Plaintiff and Defendant, by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action against Computer Cheque Corp. may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

**ATTORNEY FOR PLAINTIFF**

**CONSUMER JUSTICE CENTER**

By: ______________________
Thomas J. Lyons Jr., Esq.
Attorney ID #249646
342 East County Road D
Little Canada, Minnesota 55117
(651) 770-9707

Dated: 2/4/02

**ATTORNEY FOR DEFENDANT**

**FAEGRE & BENSON LLP**

By: ______________________
Brian Melendez, Esq.
Attorney I.D. #: 223633
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7309

Dated: FEB 7 2002

FILED 2-13-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 2-13-02
DEPUTY CLERK ________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-2379 DSD/JMM**

| | |
|---|---|
| Jennifer Larson,<br><br>Plaintiff,<br>vs.<br><br>Computer Cheque Corp.<br><br>Defendant. | **ORDER FOR DISMISSAL** |

This matter came before the Court on the stipulation of the Plaintiff and Defendant Computer Cheque Corp. to an order dismissing all of the Plaintiff's claims against Defendant in this case with prejudice and on the merits. Based on the stipulation between the Plaintiff and Defendant, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Plaintiff's claims against Defendant are hereby DISMISSED in their entirety, on the merits and with prejudice. The Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: February 13, 2001

David S. Doty
UNITED STATES DISTRICT JUDGE

LET JUDGMENT BE ENTERED ACCORDINGLY.



FILED__________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________